**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE:**

**6201 Robinson Street, LLC**

**DEBTOR(S)**          **CASE NO. 26-20161**

**ORDER AND COMBINED NOTICE TO CREDITORS AND PARTIES**
**IN INTEREST IN A CHAPTER 11 CASE**

Notice is hereby given that the Debtor(s) has filed a disclosure statement and Chapter 11 plan, dated May 7, 2026.

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1.      The disclosure statement filed by Debtor(s) on February 6, 2026, is conditionally approved.

2.      Objections to the disclosure statement and objections to confirmation of the plan should be filed with the Clerk of the Bankruptcy Court, 500 State Avenue, Room 161, Kansas City, Kansas 66101 on or before June 12, 2026.

3.      Separate hearings to consider final approval of the disclosure statement and confirmation of the plan will be held on July 16, 2026, at 1:30 PM at 500 State Avenue, Room 144, Kansas City, Kansas. Should the disclosure statement be approved and should no objection to the plan be made, or, all filed objections resolved, a confirmation hearing may be convened immediately upon the approval of the disclosure statement wherein Debtor(s) or its representative shall appear and make an offer of proof showing all confirmation requirements have been satisfied.

4.      June 12, 2026, is fixed as the date by which the holders of claims and interests may accept or reject the plan.  Ballots shall be served on counsel for the plan proponent at the address listed on the ballot, and must be received by 4:00 p.m. that date to be counted.

5.      July 16, 2026, is fixed as the last day for filing complaints objecting to discharge if you assert that the Debtor(s) is not entitled to receive a discharge of any debts under 11 U.S.C. §1141(d)(3).  The complaints must be filed with the Clerk of the Bankruptcy Court

6.      By May 15, 2026, the plan proponent shall mail to all parties in interest the disclosure statement and plan in accordance with 3017(a) and (d), together with the appropriate ballot form, and mail this notice pursuant to Fed. R. Bankr. P. 2002(b).  Upon distribution, a certificate of service shall be filed with the Clerk of the Bankruptcy Court.

7.	By July 13, 2026, the plan proponent shall file a ballot summary indicating the amount and number of allowed claims of each class accepting or rejecting the plan and the amount of the allowed interest of each class accepting or rejecting the plan, under 11 U.S.C. §1126(c) and (d).


DATED:  May 8, 2026

s/Dale L. Somers
DALE L. SOMERS
CHIEF JUDGE, U.S. BANKRUPTCY COURT

**IN RE**

**Debtor(s)**                                   **Case No.**

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interest in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfied the requirements of §1129(b) of the Code. **TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT TO THE PLAN PROPONENT AT:**

**[fill in proponent's attorneys name/address]** on or before **[fill in same date as #1 on notice].**

The undersigned creditor hereby

_____ or _____
(accepts)            (rejects)

(Please indicate which box)

the plan of reorganization proposed by the debtor.

DATED: _____          Name of Creditor _____

                                Address _____

                                _____

                                Signature & Title (if applicable)

                                _____

                                Class or type of creditor (if known)

                                _____

                                Amount of Claim _____