**SO ORDERED.**

**SIGNED this 16th day of June, 2026.**



*Dale L. Somers*

Dale L. Somers
United States Bankruptcy Judge

**IN THE UNITED STATES BAN**
**FOR THE DISTRICT O**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| 6201 Robinson Street, LLC, | ) Case No. 26-20161 |
| | ) Chapter 11 |
| Debtor. | ) |

### ORDER GRANTING MOTION TO EXTEND BALLOT AND CONFIRMATION OBJECITON DEADLINES AND TO RESET CONFIRMATION HEARING

The Motion to Extend Ballot and Confirmation Objections Deadlines and to Reset of the Confirmation Hearing filed by Wells Fargo Bank, N.A. and consented to by the Debtors is **GRANTED.** The deadline for Wells Fargo Bank, N.A., to file its ballot and confirmation objections shall be extended to **July 17, 2026**. Debtor's deadline to file a ballot summary is extended to **August 11, 2026**. **IT IS FUTHER ORDERED** the confirmation hearing is reset for August 13, 2026, at 1:30 p.m. in the United States Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas.

**IT IS SO ORDERED**.

###

In the United States Bankruptcy Court for the District of Kansas
**RE: In re 6201 Robinson Street, LLC**
**Bankruptcy Case No. 26-20161-11**
*Order Granting Motion to Extend Ballot Deadlines and Resetting of Confirmation Hearing*
Page 2 of 2

Prepared by:

ARMSTRONG TEASDALE LLP

/s/ Paul M. Croker
Paul M. Croker          KS #21627
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
Telephone 816-472-3168
Facsimile 816-221-0786
Email pcroker@atllp.com
ATTORNEY FOR WELLS FARGO FINANCIAL LEASING, INC.