**SO ORDERED.**

**SIGNED this 16th day of June, 2026.**



**IN THE UNITED STATES BAN~~~~**
**FOR THE DISTRICT O~~~~**

_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

_____

IN RE: )

6201 Robinson Street, LLC, )  Case No. 26-20161
)  Chapter 11
Debtor. )

### ORDER GRANTING MOTION TO EXTEND BALLOT AND CONFIRMATION OBJECITON DEADLINES AND TO RESET CONFIRMATION HEARING

The Motion to Extend Ballot and Confirmation Objections Deadlines and to Reset of the Confirmation Hearing filed by Wells Fargo Bank, N.A. and consented to by the Debtors is **GRANTED.** The deadline for Wells Fargo Bank, N.A., to file its ballot and confirmation objections shall be extended to **July 17, 2026**. Debtor's deadline to file a ballot summary is extended to **August 11, 2026**. **IT IS FUTHER ORDERED** the confirmation hearing is reset for August 13, 2026, at 1:30 p.m. in the United States Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas.

**IT IS SO ORDERED**.

### ###

In the United States Bankruptcy Court for the District of Kansas
**RE: In re 6201 Robinson Street, LLC**
**Bankruptcy Case No. 26-20161-11**
*Order Granting Motion to Extend Ballot Deadlines and Resetting of Confirmation Hearing*
Page 2 of 2

Prepared by:

ARMSTRONG TEASDALE LLP

/s/ Paul M. Croker
Paul M. Croker        KS #21627
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
Telephone 816-472-3168
Facsimile 816-221-0786
Email pcroker@atllp.com
ATTORNEY FOR WELLS FARGO FINANCIAL LEASING, INC.

United States Bankruptcy Court

District of Kansas

In re:                                                     Case No. 26-20161-DLS

6201 Robinson Street, LLC                                  Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID**                  **Recipient Name and Address**
db                       +   6201 Robinson Street, LLC, 6201 Robinson Street, Overland Park, KS 66202-3056

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                     Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

**Name**                  **Email Address**

John Nemecek

      on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman

      on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Paul M Croker

      on behalf of Creditor Wells Fargo Bank  NA pcroker@atllp.com,
      kclitdocket@atllp.com;jcogdill@atllp.com;paul-croker-5699@ecf.pacerpro.com

Richard A Kear

      on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Ryan A Blay

      on behalf of Debtor 6201 Robinson Street  LLC blay@wagonergroup.com,
      bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Ryan Michael Graham

on behalf of Debtor 6201 Robinson Street  LLC graham@wagonergroup.com,
bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 7